# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK M. COYNE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:10CV2323 LMB |
| | ) | |
| HERBERT L. BERNSEN, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's amended application for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. For the following reasons, the Court will require petitioner to file a second amended petition on a court-provided form.

In his amended petition for writ of habeas corpus, petitioner appears to be seeking to overturn four separate state court convictions, which he identifies with the following state court case numbers: State v. Coyne, No. 2105R-02669-01; State v. Coyne, 2105R-01678-01; State v. Coyne, No. 2101R-02926-01; and State v. Coyne, No. 08SL-CR05685-01.

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Court must review petitioner's application for exhaustion and timeliness. However, because petitioner's application for writ of habeas corpus is contesting four separate convictions, the Court is unable to ascertain exactly which of these convictions may

be time-barred and/or unexhausted, given the level of confusion inherent in petitioner's amended application. As such, the Court will require petitioner to file a second amended petition for writ of habeas corpus on a court-provided form within thirty (30) days of the date of this Order, <u>relating to only one of his prior criminal convictions</u>. Should petitioner wish to pursue a writ of habeas corpus for the other three criminal convictions he has mentioned in this action, he must do so in separate actions, on separate court-provided forms. To assist petitioner in this endeavor, the Court will ask the Clerk of Court to provide him with several form petitions.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner five copies of the Court's form petition for writ of habeas corpus under 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that petitioner must file a second amended petition for writ of habeas corpus on a court-provided form, <u>relating to only one criminal conviction</u>, within thirty (30) days of the date of this Order. Should petitioner wish to pursue relief relating to more than one criminal conviction, he should file separate applications for writ of habeas corpus in new actions.

**IT IS FURTHER ORDERED** that if petitioner fails to timely file a second amended petition, drafted in accordance with this Court's Order, the Court will dismiss the action pursuant to Fed.R.Civ.P. 41(b).

Dated this 9th day of March, 2011.

*Lewis M. Blanton*
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE